**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6338**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JOSEPH LEON KAY,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Parkersburg.  Thomas E. Johnston, District Judge.  (6:09-cr-00252-1)

_____

Submitted:  July 21, 2016                Decided:  July 22, 2016

_____

Before SHEDD, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Leon Kay, Appellant Pro Se. Gary L. Call, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Leon Kay appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Kay, No. 6:09-cr-00252-1 (S.D.W. Va. Feb. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED